IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEILEY MICHELLE WELCH, | 3:10-cv-00790-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| A & E SAFE AND ALARM CO., MICHAEL ELSBERRY, and DEE KOPCZYNSKI doing business as A&E SECURITY AND ELECTRONIC SOLUTIONS, | |
| Defendants. | |

Based upon the filing of the Stipulated Notice of Dismissal with Prejudice (#33) dated July 12, 2011, this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 13th day of July, 2011.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL